FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON STROUD,<br><br>Plaintiff,<br><br>vs.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, a Michigan Corporation doing business in the State of Washington,<br><br>Defendant. | No: 2:26-cv-00307-RLP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a stipulated dismissal submitted by the parties pursuant to Federal Rule of Civil Procedure 41. ECF No. 8. The parties agree to dismiss this action in its entirety with prejudice, and with each party to bear their own fees and costs. *Id.* The Court has reviewed the record and files herein and is fully informed.

**Accordingly, IT IS ORDERED:**

1. Pursuant to Rule 41(a) and the parties' stipulation, this action is **DISMISSED** with prejudice and without additional fees or costs.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and CLOSE the file.

DATED October 6, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE